UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEARL A. KATHAN,

    Plaintiff,

                                      Case No. 11-12168

v.

                                      Hon. John Corbett O'Meara

T.H. MARSH CONSTRUCTION CO.,

    Defendant.

_____/

## ORDER OF PARTIAL DISMISSAL

On May 17, 2011, Plaintiff filed her complaint alleging violations of the Age Discrimination in Employment Act ("ADEA") and the Elliott-Larsen Civil Rights Act ("ELCRA"). Plaintiff does not allege that diversity jurisdiction exists. Although the ADEA claim is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present a claim based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claim so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Count II of Plaintiff's complaint is DISMISSED.

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: July 1, 2011

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 1, 2011, using the ECF system.

                                           <u>s/William Barkholz</u>  
                                           Case Manager